UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER E. LOPEZ,<br><br>              Plaintiff,<br>    v.<br><br>UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY; CITIMORTGAGE, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORTGAGE IT TRUST 2005-5; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.:  2:16-cv-07898-CAS-SK<br><br>Judge: Hon. Christina A. Snyder<br>Ctrm: 8D, 350 West 1st Street<br><br>[**PROPOSED**] **JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANTS CITIMORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** this Court, having granted Defendants CitiMortgage, Inc. and Mortgage Electronic Registration Systems Inc.'s Motion to Dismiss on February 27, 2017, and United Guaranty Residential Insurance Company's Motion to Dismiss on February 27, 2017, now rules as follows:

**IT IS HEREBY ADJUDGED AND DECREED THAT:**

Plaintiff Elmer E. Lopez' claims for cancellation of written instruments pursuant to California Civil Code § 3412, and unfair business practices in violation of

California Business and Professions Code § 17200 *et seq.* against Defendants CitiMortgage, Inc., Mortgage Electronic Registration Systems Inc. and United Guaranty Residential Insurance Company are hereby dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED:**

Each side shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  March 15, 2017

_____
Honorable Christina A. Snyder
United States District Court Judge